| IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA ||
|---|---|
| SOLISHUM SUMER SHIELDS,<br><br>  Plaintiff<br>v.<br><br>RYAN WIEGAND, ALEXANDER BARRY, JOSHUA LINAMEN, JAMES WISNIESKI, NICHOLAS REGINELLA, COLTON DEMBERGER, OFFICER RHOADES, JOHN DOE, JOHN DOE, JOHN DOE and EAST LAMPETER TOWNSHIP,<br><br>  Defendants | DOCKET NO. 5:20-CV-02999-CDJ<br>Honorable C. Darnell Jones, II.<br><br>CIVIL ACTION - LAW<br><br>JURY TRIAL DEMANDED |
| **ORDER** ||

AND NOW, this _____ day of _____, 2021, upon consideration of the Motion to Dismiss Pursuant to Fed. R.Civ.P. 12(b) filed by Defendants, Ryan Wiegand and East Lampeter Township, it is hereby **ORDERED** that all Fourth and Fourteenth Amendment claims arising from the police pursuit are hereby DISMISSED with prejudice for failure to state a claim upon which relief can be granted; all Plaintiff's claims against East Lampeter Township are hereby DISMISSED with prejudice for failure to state a claim upon which relief can be granted; and Plaintiff's claims under the Eighth Amendment are hereby DISMISSED with prejudice for failure to state a claim upon which relief can be granted. Defendant shall file an answer to Plaintiff's Amended Complaint as further amended by this Order within 14 days of the date of entry of this Order.

BY THE COURT:

_____
C. Darnell Jones, II., Judge
Eastern District of Pennsylvania