**EXHIBIT A**

Page 1 of 3

```
JT017476-00005899 CHR 20210401 21:04:35 20210401 21:04:35 6A58000DDC
Destination DEV: JT017476
                        PENNSYLVANIA STATE POLICE
                           CENTRAL REPOSITORY
                          1800 ELMERTON AVENUE
                       HARRISBURG, PENNSYLVANIA 17110
                              (717) 787-9092
PA0364006                                              ATN : RMW 39
RSN : 1912001790                                       OPR : RMW
2250 OLD PHILADELPHIA PIKE
LANCASTER, PA, 17602-3417
===============================================================================
       USE OF THE FOLLOWING CRIMINAL HISTORY RECORD *** SID 465-11-52-2 ***
                       REGULATED BY ACT 47, AS AMENDED.
                         III - MULTI-SOURCE OFFENDER
===============================================================================
                               IDENTIFICATION
NAME: SHIELDS,SOLISHUM
SID: 465-11-52-2   FBI: 923125HB5    DOB: 1982/07/12   SOC: 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
SEX: MALE          RAC: WHITE        HAI: BLACK        EYE: BLUE
HGT: 5'09"         WGT: 180
POB: DELAWARE      US CITIZEN: YES
COUNTRY OF CITIZENSHIP: UNITED STATES

SCARS, MARKS, TATTOOS:
TATTOOS (TAT) - TAT L ARM
TATTOOS (TAT) - TAT R ARM
TATTOOS (TAT) - TAT NECK
TATTOOS (TAT) - TAT HAND

LAST KNOWN ADDRESS: 2019/12/03 - 2652 GRUBB ROAD,WILMINGTON,DE,19810


LAST KNOWN EMPLOYER: 2019/12/03 - NONE,NONE,NONE,UU


===============================================================================
                              CRIMINAL HISTORY
NAME: SHIELDS,SOLISHUM SUMER           OTN: U771045-2
PHOTO AVAILABLE: YES 2020/01/16 CPIN PHOTO NUMBER: 921594259
ARRESTED: 2019/11/14  PA0154000  WEST WHITELAND TWP PD       OCA: WW-19-11203
PRINT SUBMITTED BY: PA0154004 WEST WHITELAND TWP PD OCA: WW-19-11203
DISPO DATE: 2021/03/09            COMMON PLEAS DOCKET: CP-15-CR-0000159-2020
DISTRICT JUSTICE: 15403

                           *** ARREST DATA ***
OFFENSE                                       LIMITED CLEAN
DATE       CHARGE                 COUNT GRADE ACCESS  SLATE
-------    ------                 ----- ----- ------  -----
2019/11/12 753733A FLEEING OR     1           N       N
           ATTEMPTING TO
           ELUDE POLICE
           OFFICER

                           *** COURT DATA ***
OFFENSE                                       LIMITED CLEAN
DATE       CHARGE                 COUNT GRADE ACCESS  SLATE  DISPOSITION
-------    ------                 ----- ----- ------  -----  -----------
2019/11/12 753733A FLEEING OR     1     M2    N       N      PLEAD GUILTY/
           ATTEMPTING TO                                     COUNTY PRISON/
           ELUDE POLICE                                      06 MOS - 12 MOS
           OFFICER

FOR MORE INFORMATION, CONTACT THE APPROPRIATE COURT OF RECORD
===============================================================================
NAME: SHIELDS,SOLISHUM                 OTN: X304509-2
PHOTO AVAILABLE: YES 2019/12/03 CPIN PHOTO NUMBER: 510204662
ARRESTED: 2019/12/03  PAPSP0200  AVONDALE STATE POLICE     OCA: PA2019-1615991
DISPO DATE: 2021/03/09            COMMON PLEAS DOCKET: CP-15-CR-0004375-2019


DISTRICT JUSTICE: 15305

                           *** ARREST DATA ***
OFFENSE                                       LIMITED CLEAN
DATE       CHARGE                 COUNT GRADE ACCESS  SLATE
-------    ------                 ----- ----- ------  -----
2019/12/03 182705 RECKLESSLY      10    M2    N       N
           ENDANGERING
           ANOTHER PERSON

2019/12/03 182702A2 AGGRAVATED    10    F1    N       N
           ASSAULT
```

| Offense Date | Charge | Count | Grade | Limited Access | Clean Slate |
|---|---|---|---|---|---|
| 2019/12/03 | 182702A6 AGGRAVATED ASSAULT | 10 | F2 | N | N |
| 2019/12/03 | 753733A FLEEING OR ATTEMPTING TO ELUDE POLICE OFFICER | 1 | | N | N |
| 2019/12/03 | 753802A1 DRIVING UNDER THE INFLUENCE OF ALCOHOL OR CONTROLLED SUBSTANCE | 1 | | N | N |
| 2019/12/03 | 185104 RESISTING ARREST OR OTHER LAW ENFORCEMENT | 1 | M2 | N | N |
| 2019/12/03 | 753736A RECKLESS DRIVING | 1 | S | N | N |
| 2019/12/03 | 753809A RESTRICTION ON ALCOHOLIC BEVERAGES | 1 | S | N | N |

*** COURT DATA ***

| Offense Date | Charge | Count | Grade | Limited Access | Clean Slate | Disposition |
|---|---|---|---|---|---|---|
| 2019/12/03 | 182702A2 AGGRAVATED ASSAULT | 10 | F1 | N | N | NOLLE PROSSED/ WITHDRAWN |
| 2019/12/03 | 182702A6 AGGRAVATED ASSAULT | 10 | F2 | N | N | NOLLE PROSSED/ WITHDRAWN |
| 2019/12/03 | 753733A FLEEING OR ATTEMPTING TO ELUDE POLICE OFFICER | 1 | F3 | N | N | PLEAD GUILTY/ COUNTY PRISON/ 11 MOS 15 DYS - 001 YRS 11 MOS |
| 2019/12/03 | 753802A1 DRIVING UNDER THE INFLUENCE OF ALCOHOL OR CONTROLLED SUBSTANCE | 1 | M | N | N | NOLLE PROSSED/ WITHDRAWN |

*** COURT DATA ***

| Offense Date | Charge | Count | Grade | Limited Access | Clean Slate | Disposition |
|---|---|---|---|---|---|---|
| 2019/12/03 | 182705 RECKLESSLY ENDANGERING ANOTHER PERSON | 1 | M2 | N | N | PLEAD GUILTY |
| 2019/12/03 | 182705 RECKLESSLY ENDANGERING ANOTHER PERSON | 9 | M2 | N | N | NOLLE PROSSED/ WITHDRAWN |
| 2019/12/03 | 185104 RESISTING ARREST OR OTHER LAW ENFORCEMENT | 1 | M2 | N | N | PLEAD GUILTY |
| 2019/12/03 | 35780-113A16 POSSESSION OF A CONTROLLED SUBSTANCE BY AN UNREGISTERED PERSON EXCEPT BY PRESCRIPTION IS UNLAWFUL | 1 | M | N | N | NOLLE PROSSED/ WITHDRAWN |
| 2019/12/03 | 753802D3 DRIVING UNDER THE COMBINED INFLUENCE OF | 1 | M1 | N | N | PLEAD GUILTY/ COUNTY PRISON/ 001 YRS - 005 YRS |

```
                         ALCOHOL AND A
                         DRUG OR
                         COMBINATION OF
                         DRUGS

FOR MORE INFORMATION, CONTACT THE APPROPRIATE COURT OF RECORD
================================================================================
NAME: SHIELDS,SOLISHUM                       OTN: X304584-0
PHOTO AVAILABLE: YES 2019/12/03 CPIN PHOTO NUMBER: 510204662
ARRESTED: 2019/12/03  PAPSP0200  AVONDALE STATE POLICE     OCA: PA2019-1615991
DISPO DATE:
                            *** ARREST DATA ***
OFFENSE                                            LIMITED CLEAN
DATE       CHARGE                  COUNT GRADE ACCESS SLATE
-------    ------                  ----- ----- ----- -----
2019/12/03 182705 RECKLESSLY        10    M2    N     N
           ENDANGERING
           ANOTHER PERSON

2019/12/03 182702A2 AGGRAVATED      10    F1    N     N
           ASSAULT

2019/12/03 182702A6 AGGRAVATED      10    F2    N     N
           ASSAULT

2019/12/03 753733A FLEEING OR        1          N     N
           ATTEMPTING TO
           ELUDE POLICE
           OFFICER

2019/12/03 753802A1 DRIVING          1          N     N
           UNDER THE
           INFLUENCE OF
           ALCOHOL OR
           CONTROLLED
           SUBSTANCE


                            *** ARREST DATA ***
OFFENSE                                            LIMITED CLEAN
DATE       CHARGE                  COUNT GRADE ACCESS SLATE
-------    ------                  ----- ----- ----- -----
2019/12/03 185104 RESISTING          1    M2    N     N
           ARREST OR OTHER
           LAW ENFORCEMENT

2019/12/03 753736A RECKLESS          1    S     N     N
           DRIVING

2019/12/03 753809A RESTRICTION       1    S     N     N
           ON ALCOHOLIC
           BEVERAGES
                            *** COURT DATA ***
                       NO COURT DISPOSITION PROVIDED
================================================================================
                          ADDITIONAL IDENTIFIERS
AKAS:
DOBS:
SOCS:
MNUS:
================================================================================
             F=FELONY, M=MISDEMEANOR, S=SUMMARY AND THE NUMERIC=DEGREE
                ARREST(S) SUPPORTED BY FINGERPRINT CARD(S) ON FILE

RESPONSE BASED ON COMPARISON OF REQUESTER FURNISHED INFORMATION AND/OR
FINGERPRINTS AGAINST A NAME INDEX AND/OR FINGERPRINTS CONTAINED IN THE FILES OF
THE PENNSYLVANIA STATE POLICE CENTRAL REPOSITORY ONLY, AND DOES NOT PRECLUDE
THE EXISTENCE OF OTHER CRIMINAL RECORDS WHICH MAY BE CONTAINED IN THE
REPOSITORIES OF OTHER LOCAL, STATE, OR FEDERAL CRIMINAL JUSTICE AGENCIES.

THE PENNSYLVANIA STATE POLICE IS IN THE PROCESS OF SWITCHING FROM SCN CHARGE
CODES TO THE PURDON'S FORMAT. RAP RESPONSES MAY SHOW BOTH SCN AND PURDON'S
FORMATTED CHARGES.

 **************************** END OF RAP SHEET ****************************
```