# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOLISHUM SUMÉR SHIELDS, | : | |
|    *Plaintiff*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. <u>20-2999</u> |
| | : | |
| RYAN WIEGAND, et al., | : | |
|    *Defendants*. | : | |

## **ORDER**

AND NOW, this 29th day of September, 2022, upon consideration of Defendants Ryan Wiegand and East Lampeter Townships' Partial Motion to Dismiss (ECF No. 43), it is hereby ORDERED that said Motion is GRANTED. Accordingly, Count I relating to the police pursuit and any Eight Amendment violations against Officer Wiegand and Count IV of Plaintiff's Amended Complaint are DISMISSED WITHOUT PREJUDICE. Should Plaintiff wish to further amend his Amended Complaint as it relates to these claims, he will have **thirty (30) days** from the date of this Order to do so.

It is FURTHER ORDERED that Plaintiff's Motion for Judgment on the Pleadings (ECF No. 91)[1] is DENIED AS MOOT.

BY THE COURT:

/s/ *C. Darnell Jones, II*
C. Darnell Jones, II    J.

---

[1] Though labeled a Motion for Judgment on the Pleadings, Plaintiff's filing is just a request for the Court to rule on the pending Partial Motion to Dismiss, which the Court has done.