# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOLISHUM SUMÉR SHIELDS,<br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>RYAN WIEGAND, *et al.*,<br>　　　　　*Defendants.* | CIVIL ACTION<br>NO. 20-2999 |

## ORDER

**AND NOW**, this 14th day of April 2023, upon consideration of Shields's Motion for Reconsideration (ECF 135), and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Shields's Motion for Reconsideration (ECF 135) is **DENIED**[1] and related motions at ECF Nos. 136, 138, 142, 150, and 151 are **DENIED AS MOOT**.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　**/s/ Gerald J. Pappert**
　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.

---

[1] Shields appealed the Court's September 29, 2022 Memorandum and Order. *See* USCA Docket No. 22-3006. The Circuit Court stayed that action pending this Court's resolution of ECF 135 and 136. (*Id.* at ECF 20).