IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOLISHUM SUMÉR SHIELDS,<br><br>   *Plaintiff,*<br><br> v.<br><br>RYAN WIEGAND, *et al.*,<br><br>   *Defendants.* | CIVIL ACTION<br><br>NO. 20-2999 |

### ORDER

**AND NOW**, this 17th day of November, 2023, upon consideration of the Plaintiff's Amended Complaint (ECF No. 41), the Commonwealth Defendants' Motion to Dismiss (ECF No. 216), and Plaintiff's Memorandum in Opposition (ECF No. 224), it is **ORDERED** that the Motion is **DENIED** in part and **GRANTED** in part consistent with the accompanying Memorandum.  The false arrest and Eighth Amendment claims against the Commonwealth Defendants are dismissed with prejudice.

                   BY THE COURT:

                   ***/s/ Gerald J. Pappert***
                   GERALD J. PAPPERT, J.