IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOLISHUM SUMER SHIELDS, *Plaintiff,* v. RYAN WIEGAND, et. al., *Defendants.* | CIVIL ACTION NO. 20-2999 |

## ORDER

**AND NOW**, this 28th day of October 2024, upon consideration of Defendants' Motions for Sanctions seeking dismissal for failure to prosecute (ECF Nos. 263, 275), and Plaintiff's Responses (ECF Nos. 266, 276), and after a hearing (ECF No. 279), it is hereby **ORDERED** that the Motions are **GRANTED**.

This case is **DISMISSED**, with prejudice, and the Clerk of Court shall order it **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.